The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Khuzi Hsue, DDS, PS,<br><br>                            Plaintiff,<br><br>    v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>                            Defendant. | No. 2:20-cv-00622-TSZ<br><br>NOTICE OF RELATED CASES |

The below-listed cases against Travelers Casualty Insurance Company of America, Travelers Indemnity Company of America, and The Charter Oak Fire Insurance Company involve similar claims and arise out of similar policy forms used by Travelers-related insurers as the above-captioned action.  All five actions are against an insurer within the same Travelers corporate family.  On information and belief, the ultimate corporate parent of Travelers Indemnity Company of America, Travelers Casualty Insurance Company of America, and The Charter Oak Fire Insurance Company is The Travelers Companies Inc.

Pursuant to LCR 3(g), the undersigned counsel therefore notifies the Clerk of Court of the following four potentially related cases:

NOTICE OF RELATED CASES- 1
(2:20-cv-00622-TSZ)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| Case Name | Judge | Case No. |
|---|---|---|
| Nguyen v. Travelers Casualty Insurance Company of America | Ricardo S. Martinez | W.D. WA 2:20-cv-00597-RSM |
| Fox v. Travelers Casualty Insurance Company of America | Michelle L. Peterson | W.D. WA 2:20-cv-00598-MLP |
| Stans Bar-B-Q LLC v. The Charter Oak Fire Insurance Co. | Ricardo S. Martinez | W.D. WA 2:20-cv-00613-RSM |
| Kashner v. Travelers Indemnity Insurance Company of America | Barbara J. Rothstein | W.D. WA 2:20-cv-00627-BJR |

DATED this 4th day of May, 2020.

KELLER ROHRBACK L.L.P.

By: *s/ Amy Williams-Derry*
By: *s/ Lynn L. Sarko*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Ian S. Birk*
By: *s/ Irene M. Hecht*
By: *s/ Maureen Falecki*
   Amy Williams-Derry, WSBA #28711
   Lynn L. Sarko, WSBA #16569
   Gretchen Freeman Cappio, WSBA #29576
   Ian S. Birk, WSBA #31431
   Irene M. Hecht, WSBA #11063
   Maureen Falecki, WSBA #18569
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101
   Telephone: (206) 623-1900
   Fax: (206) 623-3384
   Email: awilliams-derry@kellerrohrback.com
   Email: lsarko@kellerrohrback.com
   Email: gcappio@kellerrohrback.com
   Email: ibirk@kellerrohrback.com
   Email: ihecht@kellerrohrback.com
   Email: mfalecki@kellerrohrback.com

By: *s/ Alison Chase*
   Alison Chase, *pro hac vice forthcoming*
   801 Garden Street, Suite 301
   Santa Barbara, CA 93101

NOTICE OF RELATED CASES- 2
(2:20-cv-00622-TSZ)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Telephone: (805) 456-1496
Fax: (805) 456-1497
Email: achase@kellerrohrback.com

*Attorneys for Plaintiff and the Proposed Classes*

NOTICE OF RELATED CASES- 3
(2:20-cv-00622-TSZ)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384